UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION – IN ADMIRALTY

CIVIL ACTION NO.: 4:21-CV-172-D

| | |
|---|---|
| In the Matter of:<br><br>CHARLES VERRET, Owner of a 2014 Sea Hunt 23' +/- 257 Ultra 234, HIN # SXSY0595D414, NC Registration # NC-6815 DZ, her engines, tackle, apparel, appurtenances, fittings, etc.<br><br>For Exoneration from<br>or Limitation of Liability | ENTRY OF DEFAULTS AGAINST NON-APPEARING PARTIES |

THIS CAUSE having come before the undersigned Clerk of Court on Limitation Plaintiff's Motion for Entry of Defaults Against Non-Appearing Parties and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule F(4) and F(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), and having reviewed the record herein, the undersigned finds that:

1. On November 16, 2021, Limitation Plaintiff filed a Complaint for Exoneration from and/or Limitation of Liability, pursuant to 46 U.S.C. §§ 30501 *et seq*. and Supplemental Rules for Certain Admiralty and Maritime Claims, Rule F of the Federal Rules of Civil Procedure, for any injuries, damages or losses of whatever in consequence of or arising out of or connected with the operation of a 2014 Sea Hunt 23' +/- 257 Ultra 234, HIN # SXSY0595D414, NC Registration # NC- 6815 DZ, her

engines, tackle, apparel, appurtenances, fittings, etc., ("Vessel"), during a Voyage on October 16, 2021 (the "Voyage").

2. On November 16, 2021, the Clerk of this Court duly issued a Notice to Claimants of Complaint for Exoneration from or Limitation of Liability. [DE 7]. The Notice required all potential claimants to file their claims with the Clerk of this Court, in the United States District Court for the Eastern District of North Carolina, Eastern Division, and serve on Limitation Plaintiff's attorney, Jason R. Harris, a copy therefore on or before April 8, 2022 or be defaulted. *Id.*

3. On November 16, 2021, the Court issued an Order Directing Issuance of Notice, Restraining Prosecution of Claims and requiring public notice be given by publication thereof in The News and Observer, a newspaper within this District, once a week for four successive weeks [DE 6]. Supplemental Rule F(4) required Limitation Plaintiff to mail, no later than the day of the second publication, a copy of said Notice to every person known to have made a claim against the Vessel or Limitation Plaintiff arising out of the Voyage on which the claims sought to be limited arose.

4. The Notice to Claimants was duly given and published in The News and Observer once a week for the four (4) weeks ending March 2, 2022, as required by the Court, and movants mailed copy of the Notice to Claimants of Complaint for Exoneration from or Limitation of Liability to every person known to have made any claim, including all passengers, whether or not a claim was anticipated, against the Vessel or Limitation Plaintiff arising out of the Voyage on which the claims sought to be limited arose.

5. Limitation Plaintiff has complied with all service obligations of Supplemental Rule F and the Orders of this Court.

6. The deadline for receipt of claims and answers was April 8, 2022.

7. Before the expiration of the monitions period, pleadings were filed only by Jason Edinger, Andrew Minenna, New Hampshire Insurance Company, Atlantic Coast Marine Group, Inc., MHC Boathouse NC, L.P. and/or MHC Boathouse NC TRS, L.L.C. d/b/a The Boathouse Marina and Ashley-Nicole Russell.

8. No other person or party has appeared, filed any claims, or filed any pleadings in this matter.

THEREFORE, defaults are hereby entered as to all non-appearing parties and the concursus of claimants in this action consists only of Jason Edinger, Andrew Minenna, New Hampshire Insurance Company, Atlantic Coast Marine Group, Inc., MHC Boathouse NC, L.P. and/or MHC Boathouse NC TRS, L.L.C. d/b/a The Boathouse Marina and Ashley-Nicole Russell, whose pleadings are subject to further/other responses of Limitation Plaintiff and Orders of this Court.

This the __26__ day of ____May____, 2022.

_____
Peter A. Moore, Jr., Clerk
United States District Court
Eastern District of North Carolina