UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: )<br>)<br>CHARLES VERRET, Owner of a )<br>2014 Sea Hunt 23 +/- 257 Ultra 234, )<br>HIN #SXSY0595D414, NC Registration )<br># NC-6815 DZ, her engines, tackle, )<br>apparel, appurtenances, fittings, etc. )<br>)<br>FOR EXONERATION FROM )<br>OR LIMITATION OF LIABILITY ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:21-CV-172-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Limitation Plaintiff's Surety is released from its obligations under the *Ad Interim* Stipulation and Letter of Undertaking, the *Ad Interim* Stipulation and Letter of Undertaking are deemed null and void;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Limitation Plaintiff is EXONERATED of liability with respect to the voyage of October 16, 2021 which is the subject of the Complaint; and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this action is now CLOSED.

**This Judgment Filed and Entered on April 13, 2023, and Copies To:**

| | |
|---|---|
| Tanis Kathryn Whittington | (via CM/ECF Notice of Electronic Filing) |
| Levi A. Huston | (via CM/ECF Notice of Electronic Filing) |
| Jason R. Harris | (via CM/ECF Notice of Electronic Filing) |
| Amiel J. Rossabi | (via CM/ECF Notice of Electronic Filing) |
| Justin Kenneth Humphries | (via CM/ECF Notice of Electronic Filing) |
| Stevenson L. Weeks | (via CM/ECF Notice of Electronic Filing) |
| Edward Winslow Taylor | (via CM/ECF Notice of Electronic Filing) |
| Scott A. Hefner | (via CM/ECF Notice of Electronic Filing) |
| Benjamin Tyler McLawhorn | (via CM/ECF Notice of Electronic Filing) |

Date:  April 13, 2023

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk